# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-3721

_____

Steven M. Hunt,                                    *
                                                   *
                    Appellant,                     *    Appeal from the United States
                                                   *    District Court for the
        v.                                         *    District of Nebraska.
                                                   *
United States of America,                          *    [UNPUBLISHED]
                                                   *
                    Appellee.                      *

_____

Submitted: May 6, 2011
Filed: June 2, 2011

_____

Before MELLOY, GRUENDER, and BENTON, Circuit Judges.

_____

PER CURIAM.

        Steven Hunt appeals the district court's[1] adverse grant of summary judgment
in his medical malpractice action brought pursuant to the Federal Tort Claims Act.
After careful de novo review, *see Johnson v. Blaukat*, 453 F.3d 1108, 1112 (8th Cir.
2006), this court affirms for the reasons discussed by the district court.

        Accordingly, this court affirms.  *See* 8th Cir. R. 47B.

_____

_____

        [1]The Honorable Joseph F. Bataillon, Chief Judge, United States District Court
for the District of Nebraska.